**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 SEP 19 PM 2: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

---

FRANCES WRIGHT, Surviving Spouse and
next of kin, of Mickey Wright, Sr., Decedent,
and individually,

        Plaintiff,

v.

                                      Docket No. 05-2576 B/P

SHELBY COUNTY, TENNESSEE, and
MEMPHIS AND SHELBY COUNTY
OFFICE OF CONSTRUCTION
CODE ENFORCEMENT,

        Defendants.

---

### ORDER GRANTING EXTENSION OF TIME TO PLAINTIFF FRANCES WRIGHT TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Before the Court is the Unopposed Motion of Plaintiff Frances Wright for an Extension of Time to Respond to Defendants Shelby County and OCCE's Motion to Dismiss, which includes a notation that Defendants' counsel consents to such extension of time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiff Frances Wright is granted her Motion for an extension of time of sixty (60) days in which to respond to the Motion to Dismiss up to and including November 18, 2005.

IT IS SO ORDERED this _19th_ day of _Sept_, 2005.

_____

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

①

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in
case 2:05-CV-02576 was distributed by fax, mail, or direct printing on
September 20, 2005 to the parties listed.

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT