IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANCES WRIGHT, Surviving Spouse and
next of kin, of Mickey Wright, Sr.,
Decedent, and Individually,

      Plaintiff,

v.                                                            No. 05-2576-B/P

SHELBY COUNTY, TENNESSEE, and
MEMPHIS AND SHELBY COUNTY OFFICE
OF CONSTRUCTION CODE ENFORCEMENT,

      Defendants.

---

### ORDER OF REFERENCE

---

Before the court is the Motion of Defendants Shelby County Government and Memphis and Shelby County Office of Construction Code Enforcement for a Protective Order to Stay Discovery filed on October 25, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of October, 2005.

                /s/ J. Daniel Breen
                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02576 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT