IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| FRANCES WRIGHT, Surviving Spouse and next of kin, of Mickey Wright, Sr., Decedent, and Individually, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civ. No. <u>05-2576-B/P</u> |
| SHELBY COUNTY, TENNESSEE, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS SHELBY COUNTY GOVERNMENT AND MEMPHIS AND SHELBY COUNTY OFFICE OF CONSTRUCTION CODE ENFORCEMENT'S MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY**

Before the court is Defendants Shelby County Government and Memphis and Shelby County Office of Construction Code Enforcement's Motion for a Protective Order to Stay Discovery, filed October 25, 2005 (Dkt #9). For good cause shown, defendants' motion for a protective order to stay discovery is GRANTED. The parties shall contact the court within seven (7) days after the resolution of the criminal case to reset the scheduling conference.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 17, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FHCP on 11-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02576 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT