IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANCES WRIGHT, surviving spouse and
next of kin of Mickey Wright, Sr.,
Decedent, and individually,

      Plaintiff,

v.                         No. 05-2576 B

SHELBY COUNTY, TENNESSEE and
MEMPHIS AND SHELBY COUNTY
OFFICE OF CONSTRUCTION CODE
ENFORCEMENT,

      Defendants.
_____

ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT HER RESPONSE
TO THE DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT
_____

      Before the Court is the motion of the Plaintiff, Frances Wright, to supplement her response to the motion of the Defendants, Shelby County, Tennessee and Memphis and Shelby County Office of Construction Code Enforcement, to dismiss or, in the alternative, for summary judgment. Specifically, the Plaintiff requests permission to file a Fed. R. Civ. P. 56(f) affidavit completed subsequent to the filing of her response. Although the certificate of consultation filed contemporaneously with the motion reflects that counsel for the Defendants opposed the motion, no response thereto has been filed. Therefore, as it appears the Defendants do not intend to pursue their objection to the motion and for good cause shown, it is hereby GRANTED.

      IT IS SO ORDERED this 12th day of January, 2006.

                             s/ J. DANIEL BREEN
                             UNITED STATES DISTRICT JUDGE